Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Timothy M. Wojcik (SBN 272374)
twojcik@reedsmith.com
Samantha M. Jones (SBN 365962)
samantha.jones@reedsmith.com
REED SMITH LLP
515 South Flower Street, Suite 4300
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
MEDVET CALIFORNIA, INC. (d/b/a MedVet
for Pets, Inc. erroneously sued as MedVet for
Pets, Inc.)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN CONWELL, on behalf of herself and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>MEDVET FOR PETS, INC., an Ohio corporation; MEDVET CALIFORNIA, INC., an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:26-cv-4161-BLF<br><br>[Superior Court of California, Santa Clara County Case No.: 26CV490492]<br><br>**[~~PROPOSED~~] ORDER REMANDING CASE TO SUPERIOR COURT**<br><br>Judge:           Hon. Beth Labson Freeman<br>Complaint Filed: March 23, 2026<br>Trial Date:      Unassigned |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The Court, having reviewed the Parties' Joint Stipulation to Remand, and good cause appearing, hereby ORDERS as follows:

1. This case is ordered remanded.

2. The Clerk of this Court is directed to remand this case to the Superior Court of the State of California, County of Santa Clara, Case No. 26CV490492.

3. The Clerk shall mail a certified copy of this Order to the Clerk of the aforementioned State Court.

4. All future hearings and deadlines in this Court are hereby VACATED, and the Clerk is directed to close this file.

5. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the *Conwell* PAGA Action.

**IT IS SO ORDERED.**

DATED:   July 7, 2026

Honorable Beth Labson Freeman
Judge of the United States District Court

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

[PROPOSED] ORDER REMANDING CASE TO SUPERIOR COURT